IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MELINDA RICKS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN<br>Acting Commissioner of Social<br>Security,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:13-CV-3876-TWT |

ORDER

This is an action seeking judicial review of a decision of the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 17] of the Magistrate Judge recommending affirming the decision of the ALJ. The Magistrate Judge correctly applied Listing 12.05 for intellectual disability. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The decision of the Commissioner is AFFIRMED.

SO ORDERED, this 19 day of June, 2015.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge